WENDY J. OLSON, IDAHO BAR NO. 7634
UNITED STATES ATTORNEY
**NICHOLAS J. WOYCHICK, IDAHO BAR NO. 3912**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, ID 83712-9903
TELEPHONE:  (208) 334-1211
FACSIMILE: (208) 334-1414

Attorneys for Defendants Stephen C. Puffer, M.D. and
Boundary Regional Community Health Center, Inc.,
d/b/a Kaniksu Health Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN HEPBURN and GEORGE HEPBURN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN C. PUFFER, M.D.; BOUNDARY REGIONAL COMMUNITY HEALTH CENTER, INC. d/b/a KANIKSU HEALTH SERVICES, an Idaho Corporation; BONNER GENERAL HOSPITAL, INC., an Idaho corporation; and CHARLENE M. DEHAVEN, M.D.,<br><br>Defendants. | Case No. 2:11-CV-00049<br><br>**NOTICE OF REMOVAL** |

COME NOW Defendants, Steven C. Puffer, M.D., and Boundary Regional Community Health Center, Inc., d/b/a/ Kaniksu Health Services, by and through Nicholas J. Woychick, Assistant United States Attorney for the District of Idaho, and hereby give Notice of Removal of

**NOTICE OF REMOVAL - Page 1**

the above-entitled action pursuant to Title 28, United States Code, Sections 1442 and 2679(d)(2) and Rule 81.1 of the Local Rules of Civil Practice for the United States District Court for the District of Idaho.

The grounds for removal are as follows:

1. On or about November 17, 2010, the above-entitled action was commenced in the District Court of the First Judicial District in the State of Idaho in and for Bonner County, Case No. CV 2010-0002190, by the filing of a Complaint for Medical Negligence, which is now pending in that court.

2. Plaintiff named Steven C. Puffer, M.D., and Boundary Regional Community Health Center, Inc., d/b/a/ Kaniksu Health Services, as Defendants in the above-referenced court action.

3. Title 28 U.S.C. § 1442(a)(1) authorizes removal to federal court of state court actions brought against the United States, its federal employees or agencies.

4. Pursuant to 42 U.S.C. § 233, Dr. Steven C. Puffer and Boundary Regional Community Health Center, Inc., d/b/a/ Kaniksu Health Services, are deemed to be federal employees for purposes of coverage by the Federal Tort Claims Act.

5. Attached as Exhibit A is the Certification of United States Attorney Wendy J. Olson that Steven C. Puffer, M.D., was acting within the scope of his employment at the time of the incident out of which the instant claim arose.

6. True and correct copies of the complete state court file and register of actions sheet in *Susan Hepburn and George Hepburn v. Steven C. Puffer, M.D., et al.*, in the District Court of the First Judicial District in the State of Idaho in and for Bonner County, Case No. CV 2010-0002190, are attached hereto and incorporated herein by reference as Exhibit B in accordance with Local Rule 81.1.

**NOTICE OF REMOVAL - Page 2**

WHEREFORE, Defendants cause this matter to be removed to this Court, the United States District Court for the District of Idaho, upon and by virtue of the provisions of 28 U.S.C. §§ 1442, 2679(d)(2) and 42 U.S.C. § 233.

RESPECTFULLY SUBMITTED this 11th day of February, 2011.

        WENDY J. OLSON
        UNITED STATES ATTORNEY

        /s/ Joanne P. Rodriguez
for  NICHOLAS J. WOYCHICK
        Assistant United States Attorney

**NOTICE OF REMOVAL - Page 3**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Idaho, and that a copy of the **Notice of Removal** was mailed, postage prepaid to all parties named below, this 11th day of February, 2011.

John D. Allison
Richard C. Eymann
EYMANN ALISON HUNTER JONES, P.S.
2208 West Second Avenue
Spokane, WA 99201
Plaintiffs Susan and George Hepburn

Patrick E. Miller
PAINE HAMBLEN, LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, ID 83814-4914
Defendant Bonner General Hospital, Inc.

Keith D. Brown
RANDALL & DANSKIN PS
601 W. Riverside Avenue, Suite 1500
Spokane, WA 99201-0653
Defendant Charlene M. Dehaven, M.D.

/s/ Janis Malm
Janis Malm
Legal Assistant

**NOTICE OF REMOVAL - Page 4**