JOHN D. ALLISON, ISBA #5567
RICHARD C. EYMANN (*Pro Hac Vice* application pending)
Eymann Allison Hunter Jones P.S.
2208 West Second Avenue
Spokane, WA 99201
(509) 747-0101
(509) 458-5977 (facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN HEPBURN and GEORGE HEPBURN, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; BONNER GENERAL HOSPITAL, INC., an Idaho corporation; and CHARLENE M. DEHAVEN, M.D.,<br><br>Defendants. | No. 2:11-CV-00049-EJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA PURSUANT TO Fed.R.Civ.P. 41(a)(1)** |

**PLEASE TAKE NOTICE** that plaintiffs Susan Hepburn and George Hepburn, pursuant to Fed.R.Civ.P. 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to defendant United States of America.

Fed.R.Civ.P. 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT UNITED STATES OF AMERICA - 1

      **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

          **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

          \*      \*      \*

Defendant United States of America has neither answered plaintiffs' Complaint nor filed a motion for summary judgment. Accordingly, this action may be dismissed as to defendant United States of America *without prejudice* and without an Order of the Court.

DATED: March 17, 2011.

                              EYMANN ALLISON HUNTER JONES P.S.

                              By: s/ John D. Allison
                                   JOHN D. ALLISON, ISBA #5567
                                   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, John D. Allison, hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Keith D. Brown
kdb@randalldanskin.com

Patrick E. Miller
pat.miller@painehamblen.com

Nicholas J. Woychick
nick.woychick@usdoj.gov

                                                    s/ John D. Allison
                                                    JOHN D. ALLISON