JOHN D. ALLISON, ISBA #5567
RICHARD C. EYMANN (*Pro Hac Vice* application pending)
Eymann Allison Hunter Jones, P.S.
2208 West Second Avenue
Spokane, WA 99201
(509) 747-0101
(509) 458-5977 (facsimile)

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN HEPBURN and GEORGE HEPBURN, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; BONNER GENERAL HOSPITAL, INC., an Idaho corporation; and CHARLENE M. DEHAVEN, M.D.,<br><br>Defendants. | No.2:11-CV-00049-EJL<br><br>**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA** |

Based upon the Notice of Voluntary Dismissal of Defendant United States of America Pursuant to Fed.R.Civ.P. 41(a)(1) filed by plaintiffs Susan and George Hepburn herein, and good cause appearing, therefore,

IT IS HEREBY ORDERED that pursuant to Fed.R.Civ.P. 41(a)(1), defendant United States of America is dismissed, without prejudice.

Presented by:

EYMANN ALLISON HUNTER JONES, P.S.


By:___s/ John D. Allison_____
   JOHN D. ALLISON, ISBA #5567
   Attorneys for Plaintiffs